IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMILAH-MONIQUE MCCRAY,<br>　　　　　Plaintiff,<br>　　v.<br>MARK BEGOR,<br>　　　　　Defendant. | Case No. 22-cv-03622-CRB<br><br>**ORDER TO SHOW CAUSE** |

On October 14, 2022, Defendant Mark Begor moved to dismiss this case and served its motion on Plaintiff Jamilah-Monique McCray on the same day. See MTD (dkt. 12). Plaintiff's opposition to that motion was therefore due on October 28, 2022. See Civil Local Rule 7-3(a). Plaintiff failed to timely file an opposition. Accordingly, the Court ORDERS PLAINTIFF TO SHOW CAUSE by Monday, November 21, why this case should not be terminated for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: November 7, 2022

　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　United States District Judge