IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMILAH-MONIQUE MCCRAY,<br><br>    Plaintiff,<br><br>    v.<br><br>MARK BEGOR,<br><br>    Defendant. | Case No. 22-cv-03622-CRB<br><br>**ORDER OF DISMISSAL** |

Plaintiff Jamilah-Monique McCray sues Mark Begor for breach of contract. See Compl. (dkt. 1). Begor moves to dismiss the complaint for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). MTD (dkt. 12). McCray failed to file an opposition to the motion to dismiss and the Court ordered her to show cause as to why this action should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b). OSC (dkt. 15). Plaintiff was given until November 21 to show cause. Id. To date, McCray has neither filed a response to the order to show cause nor the motion to dismiss. Accordingly, this action is DISMISSED without prejudice for failure to prosecute based on Plaintiff's failure to respond to the pending motion to dismiss and the Court's order to show cause. See Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: November 29, 2022



CHARLES R. BREYER
United States District Judge